**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

In re:John D Streeter and Donna M Streeter ) Judge A. Benjamin Goldgar
              Debtor(s)           )
                                                     ) Case No. 20-07975
                                                       )
                                                       ) Chapter 13

NOTICE OF MOTION

To the following named persons or entities:  (Separate Service List may be attached)

John D Streeter and Donna M Streeter
269 S. Wildspring Road
Round Lake, IL 60073


Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532-4350
(Served by ECF:

CERTIFICATE OF SERVICE*

I, Robert J. Adams, an attorney, certify that a copy of this Notice and attached documents  were served upon the above-entitled parties by depositing same in the United States mail* at 540 W. 35th Street, Suite 100, Chicago, IL 60616 with sufficient postage prepaid by Robert J. Adams & Associates.

Date of Service:___03/20/2020_____       Signature: ___/s/ Robert J. Adams_____
                                                                           Robert J. Adams

    Please take notice that on **March 27, 2020 at 9:30 AM** I shall appear before the Honorable Judge A. Benjamin Goldgar at the  Park City Branch Court, 301 S Greenleaf Avenue
Park City, IL 60085 and present the attached motion to Impose the automatic stay.


*Where indicated, some parties have been served electronically instead of by mail

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | |
|---|---|
| In re:John D Streeter and Donna M Streeter | ) Judge A. Benjamin Goldgar |
| Debtor(s) | ) |
| | ) Case No. 20-07975 |
| | ) |
| | ) Chapter 13 |

## DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY

NOW COMES John D Streeter and Donna M Streeter, hereinafter referred to as "Debtor(s)", by and through the Law Offices of Robert J. Adams & Associates, and states as follows:

1. On March 20, 2020, Debtor(s) filed a voluntary petition for relief under Title 11 U.S.C. Chapter 13. This Honorable Court has jurisdiction over this proceeding under the provisions of Title 11 U.S.C. § 105 and Title 28 U.S.C. § 157.

2. The debtor(s) had TWO prior bankruptcy case dismissed within the preceding year: Case Number 19-1561, dismissed on May 31, 2019 and Case Number 19-15617 dismissed on November 6, 2019.

3. The debtor(s) had a substantial change in their financial and/or personal affairs since the previous case that will effectively rebut the presumption of this case not being filed in good faith pursuant to 11 U.S.C. § 362(c)(3)(C) by clear and convincing evidence.  In the prior cases the Debtor's where hoping to save a home that their son was living. .  In the first case the plan payments began at $3025 and were amended later to $4100. per month.  The Debtor's relied on their son to make the mortgage payments and contributed to the plan payments.  That never happen and the case was dismissed on the trustee motion.  The second case was then filed.  The Debtor's determined at the 341 meeting that they would be unable to afford the $4800 that the plan required and the case was dismissed.  The Debtor's are now surrendering the home, and they are attempting to save the car and older camper that they took out a title loan on.  The payments are now $575.00 per month.   See attached affidavit of debtor(s).

WHEREFORE John D Streeter and Donna M Streeter, the Debtor(s) herein, pray(s) that this Honorable Court enter an Order Imposing the Automatic Stay against all creditors for the duration of this Chapter 13 bankruptcy (unless the Automatic Stay is modified properly upon the motion of any creditor) and grant the debtor such other relief as just and proper.

Respectfully submitted,

 /s/ Robert J. Adams & Associates
Attorney for John D Streeter and Donna M Streeter
Robert J. Adams & Associates

Robert J. Adams & Associates  540 W. 35th Street, Suite 100, Chicago, IL 60616
Phone: 312.346.0100 Fax 312-346-6228

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

**United States Bankruptcy Court**
**Northern District of Illinois**

In re John D. Streeter and Donna M. Streeter                Case No. **20-07975**
                          Debtor(s)                         Chapter. **13**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

**Motion to Impose the Automatic Stay**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on .

3/20/2020                                                   /s/ Tina Adams
                                                            Tina Adams

**AcceptanceNow**
5501 Headquaters
Plano, TX 75024

**AHS Midwest Region**
Patient Financial Services
PO Box 9247
Oak Brook, IL 60522

**American Infosource**
5847 San Felipe St Ste 1200
Houston, TX 77057-3167

**AmeriCash**
880 Lee St.
Des Plaines, IL 60016

**Amsher Collection Service**
1816 3rd Ave.
Birmingham, AL 35203

**AT&T Bankruptcy**
PO Box 769
Arlington, TX 76004

**AutoVest LLC**
3523 Fort St, Wyandotte
Wyandotte, MI 48192

**Caine & Weiner**
PO Box 8500
Van Nuys, CA 91409

**Cancer Treatment Center of America**
Patients Accounts
2610 Sheridan Rd # 2
Zion, IL 60099-2615

**Capital Asset Recovery**
Po Box 192585
Dallas, TX 75219-8523

**Capital One**
15000 Capital One
Richmond, VA 23238

**Capital One Bank**
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

**CB/Lane Bryant**
PO Box 337001
NorthGleen, CO 80233-7001

**Certified Services**
PO Box 24
Waukegan, IL 60079

**City of Chicago Photo**
Photo Enforcement Program
Po Box 76943
Cleveland, OH 44101-6500

**Comcast**
PO Box 3002
Southeastern, PA 19398

**Commonwealth Edison Company**
Bankruptcy Department
1919 Swift Drive
Oak Brook, IL 60523

**Convergent Outsourcing**
PO Box 9004
Renton, WA 98057

**Credit One**
Bankruptcy Deptarment
Po Box 98873
Las Vegas, NV 89193-8873

**CTP Funding/ Capstone Financial**
1620 N 82nd Pl
Scottsdale, AZ 85257-3012

**David Fulghum**
1410 49th Courth South
Western Springs, IL 60558

**Fingehut**
Po Box 1250
Saint Cloud, MN 56395-1250

**First Premier Bank**
900 W Delaware St
Sioux Falls, SD 57104-0337

**G R Kozina Dds Associates**
2127 Green Bay Rd
North Chicago, IL 60064-2801

**Greenleaf Orthopaedic Association**
105 N. Greenleaf St
Gurnee, IL 60031

**Heart and Vascular Lake County**
3915 Oglesby Ave
Gurnee, IL 60031-3358

**Illinois State Tollway**
Attn: Violation Admin. Center
2700 Ogden Ave
Downers Grove, IL 60515

**Internal Revenue Service SB/SE**
PO Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital**
16 McLeland Rd.
Saint Cloud, MN 56303

**KZ & R Investments, LLC**
1896 Sheridan Rd Ste 240
Highland Park, IL 60035-2655

**Lake County Clerk**
18 N. County St. #101
Waukegan, IL 60085

**LAKE COUNTY TREASURER**
LAK 18 NORTH COUNTY STREET,
FIRST FLOOR 102
Waukegan, IL 60085

**Manley Deas Kochalski LLC**
1 E Wacker Dr Ste 1250
Chicago, IL 60601-1980

**MB Financial Bank**
6111 N. River Rd. 7th Flr.
Rosemont, IL 60018

**Merchants Credit Guide**
223 W Jackson Blvd Ste 700
Chicago, IL 60606-6914

**Mike Joyce**
3012 W. 111 Street
Chicago, IL 60655

**National Recovery operations**
PO Box 26055
Minneapolis, MN 55426

**Nicholas Fin**
2454 Mcmullen
Clearwater, FL 33759

**Nicholas Financial**
5572 Grand Ave 3
Gurnee, IL 60031

**Nicor Gas**
PO Box 310
Aurora, IL 60507

**OppLoans**
130 E Randolph 3400
Chicago, IL 60601

**PLS**
Bankruptcy Dept.
Po Box 800849
Dallas, TX 75380-0849

**Progressive Insurance Company**
6300 Wilson Mills Rd
Cleveland, OH 44143

**Quantum3 Group LLC**
PO Box 788
Kirkland, WA 98083

**Robert J. Adams & Associates**
540 E 35th St
Chicago, IL 60616

**Search Results**
3523 Fort St, Wyandotte
Wyandotte, MI 48192

**Sprint**
P.O.Box 600760
P.O.Box 600760
Jacksonville, FL 32260-0670

**Sprint Nextel Corp.**
PO Box 172408 Bkrtcy
Denver, CO 80217-2408

**Title Max**
36757 N, IL -83
Lake Villa, IL 60046

**T-Mobile**
4515 N. Santa Fe Ave
Oklahoma City, OK 73118

**U.S. Department of Education**
National Payment Center
P.O. Box 4169
Greenville, TX 75403-4169

**Verizon Wireless**
1515 Woodfield Rd.
Schaumburg, IL 60173

**Village of Fox Lake**
66 Thillens Drive
Fox Lake, IL 60020

**Village of Round Lake**
442 N Cedar Lake Rd
Round Lake, IL 60073-2802

**Virgina Cash Advance**
326 W Rollins Rd
Round Lk Bch, IL 60073-1218